### PROSECUTION OF ERROR TO CHARGE OF COURT.

Circuit Court of Hamilton County.

ABRAHAM SCHEINESOHN v. SIMON LEMONEK.

Decided, July 3, 1909.

Where error is prosecuted to the charge of the court, the record should show that the charge as embodied therein embodies all that the court said to the jury on the subject complained of.

*Hoffman, Bode & LeBlond,* for plaintiff in error.
*Frank Seinsheimer,* contra.

SMITH, J.; GIFFEN, P. J., and SWING, J., concur.

The record does not show that the charge complained of was all that was said to the jury by the court upon the subject in litigation. For aught that appears the errors claimed to exist may have been corrected.

However, the court is of the opinion that in the charge, in its entirety, there is nothing prejudicial to plaintiff in error and the judgment is affirmed.